**FILED**

01/04/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0345

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0345

_____

JAYLENE CECELIA PHILLIPS,

      Petitioner and Appellee,

   v.                                          O R D E R

LEONIE CANDICE WEBB,

      Respondent and Appellant.

_____

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Yvonne Laird, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 4 2023